UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Robert Moore,<br><br>    Petitioner,<br><br> v.<br><br>Mark Miller,<br><br>    Respondent. | 25-CV-4713 (DEH)<br><br>ORDER OF CLARIFICATION |

DALE E. HO, United States District Judge:

  The Court recently received a letter, dated June 25, 2025, from Petitioner Robert Moore. The letter is attached to the end of this Order.

  The Court writes to clarify that it has not yet issued a ruling on Mr. Moore's petition for writ of habeas corpus. The Court's Order of June 17, 2025[1] directed Respondent Mark Miller to respond to the habeas petition within 60 days. Once Respondent files his response, Mr. Moore will have the opportunity to submit a reply within 30 days. After that, the Court will consider and rule on Mr. Moore's petition.

  The Court appreciates Mr. Moore's attention to this case. Future correspondence should be mailed to the Pro Se Intake Unit at: United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, ATTN: Pro Se Intake.

SO ORDERED.

Dated: July 14, 2025
   New York, New York

                    DALE E. HO
                    United States District Judge

---

[1] The June 17, 2025 Order is document number 6 on the docket.

Robert Moore (25A0783)
594 Route 216
Stormville, NY 12582

June 25, 2025

Hon. Dale E. Ho
US District Judge
SDNY
300 Quarropas Street
White Plains, NY 10601

Re: Moore v. Miller
    25-CV-4713 (DEH)

Your Honor,

Good day.

Today, June 25, 2025, I received Document 6 from this court awarding the writ of habeas corpus in the above-captioned action. Thank you for awarding the writ; my gratitude knows no end.

Yours,
Robert Moore

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000
NAME: Robert Moore    DIN: 20A40783

Hon. Dale E. Ho
US District Judge
SDNY
300 Quarropas Street
White Plains, New York 10601

Legal Mail