UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Robert Moore,<br><br>                    Petitioner,<br><br>         v.<br><br>Mark Miller,<br><br>                    Respondent. | 25-CV-4713 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court is in receipt of Petitioner's filings requesting an update in this case.  ECF Nos.

20, 21.  As of September 12, 2025, the Petition is fully briefed, and the Court will decide the

Petition in due course.

SO ORDERED.

Dated: March 23, 2026
          New York, New York

_____
                    DALE E. HO
          United States District Judge