UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MOORE.,

Plaintiff,

-against-

MARK MILLER, SUPERINTENDENT OF GREEN HAVEN CORRECTIONAL FACILITY.,

Defendant.

25 CIVIL 4713 (DEH)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated October 26, 2026, the Petition is DENIED. Because Mr. Moore has not made a substantial showing of the denial of a constitutional right, and because reasonable jurists would not find the Court's procedural rulings debatable, the Court declines to issue a certificate of appealability; accordingly, the case is closed.

**Dated:** New York, New York
October 27, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**